# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **ROVER PIPELINE LLC,** | ) | **Case No.:** 2:17-CV-00105 |
| | ) | |
| *Plaintiff,* | ) | **Judge:** Algenon L. Marbley |
| | ) | |
| vs. | ) | **Magistrate:** Kimberly A. Jolson |
| | ) | |
| **5.46 ACRES OF LAND, MORE OR LESS,** | ) | **NOTICE OF SERVICE OF** |
| **IN BELMONT COUNTY, OHIO** | ) | **DEFENDANT MICHAEL E.** |
| **(PIPELINE RIGHT-OF-WAY SERVITUDE)** | ) | **ABEREGG, JR.'S RESPONSES TO** |
| **MARK C. AND TRACY J. KANZIGG** | ) | **PLAINTIFF'S FIRST SET OF** |
| **AND UNKNOWN OWNERS,** *et al.* | ) | **REQUESTS FOR ADMISSION** |
| | ) | |
| *Defendants.* | ) | |

Now comes Defendant Michael E. Aberegg, Jr. ("Defendant"), by and through counsel, and hereby gives this Court notice that on June 22nd, 2018, Defendant served his Responses to Plaintiff's First Set of Requests for Admission.

    Respectfully submitted,

/s/ *Randall J. Moore*
Randall J. Moore (0018337)
rmoore@ralaw.com
David J. Wigham (0059672)
dwigham@ralaw.com
Timothy B. Pettorini (0070107)
tpettorini@ralaw.com
Roetzel & Andress, LPA
222 South Main Street
Akron, OH  44308
Telephone:  330.376.2700
*Attorneys for Defendant Michael E. Aberegg, Jr.*

12753428 _1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of June 2018, the foregoing *Notice of Service of Defendant Michael E. Aberegg, Jr.'s Responses to Plaintiff's First Set of Requests for Admission* was filed electronically with the Court. Notice of this filing was sent to all registered persons by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Randall J. Moore*
Randall J. Moore (0018337)
*Attorney for Defendant Michael E. Aberegg, Jr.*