**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ROVER PIPELINE LLC,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:17-cv-105** |
| | : | |
| **v.** | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| **MARK C. KANZIGG, *et al.*,** | : | **Magistrate Judge Jolson** |
| | : | |
| **Defendants.** | : | |

**ORDER DISMISSING CLAIMS AGAINST SCOTT SHEVELOW**

This matter comes before the Court on a Joint Motion to Dismiss Claims Against Defendant Scott Shevelow (ECF No. 765). For good cause shown, the Court **GRANTS** the Motions and **DISMISSES** the claims against Mr. Shevelow without prejudice.


**IT IS SO ORDERED.**

                             ___s/Algenon L. Marbley_____
                             **ALGENON L. MARBLEY**
                             **UNITED STATES DISTRICT JUDGE**

**DATED:  June 29, 2018**