**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

|  |  |
|---|---|
|  | JUDGMENT IN CIVIL CASE |
| **ROVER PIPELINE LLC,** : |  |
| **Plaintiff,** : | Case No. 2:17-cv-0105 |
| v. : | **Chief Judge Algenon L. Marbley** |
| **MARK C. KANZIGG,** *et al.*, : | **Magistrate Judge Kimberly A. Jolson** |
| **Defendants.** : |  |

[ ]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X]  **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the January 5, 2024 Order Adopting the Report and Recommendations in this case.  Judgment is now entered, and this case is DISMISSED.

**Date:  January 5, 2024**          **Richard W. Nagel, Clerk**

                                          s/Diane M. Stash
                                     Diane M. Stash/Deputy Clerk